# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| URS Energy & Construction, Inc. | ) | ASBCA Nos. 61605, 61606, 61607 |
| | ) | |
| Under Contract No. W912ER-06-D-0006 *et al.* | ) | |

APPEARANCES FOR THE APPELLANT:    Nicole J. Owren-Wiest, Esq.
Elizabeth A. Buehler, Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCE FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: May 8, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61605, 61606, 61607, Appeals of URS Energy & Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals